

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-16-00671-CR

Luis Alfredo **SERVIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5175
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant has been provided full access to the appellate record for purposes of preparing his *pro se* brief in this *Anders* appeal. *See Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant's *pro se* brief was due on March 30, 2018. To date, neither the brief nor a motion for extension has been filed. Accordingly, it is ORDERED that appellant's *pro se* brief must be filed ***no later than thirty (30) days*** from the date of this order, or the appeal will be set at issue without the appellant's *pro se* brief.

If appellant timely files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court